```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 11815
   SHERON D YOUNG
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-2749


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/02/2007 and was confirmed 10/04/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 05/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
POPULAR MORTGAGE SERVICI CURRENT MORTG         .00            .00            .00
POPULAR MORTGAGE SERVICI MORTGAGE ARRE         .00            .00            .00
POPULAR MORTGAGE SERVICI CURRENT MORTG         .00            .00            .00
POPULAR MORTGAGE SERVICI UNSECURED       NOT FILED            .00            .00
POPULAR MORTGAGE SERVICI MORTGAGE ARRE         .00            .00            .00
CITIFINANCIAL AUTO CREDI SECURED VEHIC    12811.00         401.62        1172.70
CITIFINANCIAL AUTO CREDI UNSECURED          136.35            .00          17.13
MARQUETTE CONSUMER FINAN SECURED VEHIC    21268.00         651.16        1413.32
MARQUETTE CONSUMER FINAN UNSECURED          371.11            .00          46.64
COOK COUNTY TREASURER    SECURED            650.00            .00          75.42
COOK COUNTY TREASURER    UNSECURED       NOT FILED            .00            .00
MONTEREY FINANCIAL SERVI SECURED           1500.00          59.46         350.70
MONTEREY FINANCIAL SERVI UNSECURED          496.38            .00          80.80
AMERICASH LOANS LLC      UNSECURED         1983.77            .00         322.89
AMERICREDIT FINANCIAL SV UNSECURED        10387.61            .00        1690.79
CASHCALL INC             UNSECURED       NOT FILED            .00            .00
CASHNET USA              UNSECURED       NOT FILED            .00            .00
CREDIT MANAGEMENT INC    UNSECURED       NOT FILED            .00            .00
FIRST BANK & TRUST       UNSECURED       NOT FILED            .00            .00
HARRIS                   UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED          373.13            .00          46.89
LIGHTHOUSE FINANCIAL GRO UNSECURED         1934.68            .00         314.90
MEDICAL COLLECTION       UNSECURED       NOT FILED            .00            .00
NORTHWEST FINANCIAL      UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED            .00            .00
UNITED CASH LOAN         UNSECURED       NOT FILED            .00            .00
UNITED COLLECTIONS       UNSECURED          181.54            .00          22.81
WORLD FINANCIAL NETWORK  UNSECURED          264.31            .00          33.21
AMERICREDIT FINANCIAL SV NOTICE ONLY     NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          631.85            .00         102.84
CITY OF CHICAGO WATER DE SECURED NOT I      658.14            .00            .00
AMERICREDIT FINANCIAL SE SECURED NOT I         .00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11815 SHERON D YOUNG
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     1,814.00                        1,814.00
TOM VAUGHN                TRUSTEE                                           614.60
DEBTOR REFUND             REFUND                                              8.12

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     9,240.00

PRIORITY                                                   .00
SECURED                                               3,012.14
   INTEREST                                           1,112.24
UNSECURED                                             2,678.90
ADMINISTRATIVE                                        1,814.00
TRUSTEE COMPENSATION                                    614.60
DEBTOR REFUND                                             8.12
                          ---------------        ---------------
TOTALS                      9,240.00                  9,240.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 08/26/08                /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE